# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW

9/15/11

#8371
#4.43
9/15/11
mjc

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
100 State Street
Rochester, New York  14614


Re:     SEELYE, TODD A_____/    Case # 08-23199_____
        Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $4.43. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

\_\_\_\_\_   I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

__X__   The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).


Claimant  AFNI/Verizon East_____     Amount $ 4.43_____    Claim Register # ___12___


_____
DOUGLAS J. LUSTIG
Trustee

1600 Crossroads Building      585 232 3730
Two State Street              FAX 585 232 3882         CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP
Rochester, NY 14614-1397      www.cdog.com